UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

YOHELINA MARIA ESCOLASTICO,

Plaintiff,

-v-

TARGET CORPORATION,

Defendant.

---------------------------------------------------------------------- X

26 Civ. 8467 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

By October 19, 2026, Plaintiff's counsel shall file a notice of appearance. By October 15, 2026, Defendant shall send this Order to Plaintiff's counsel.

SO ORDERED.

Dated: October 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge